UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN McCLAFFERTY,<br><br>        Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 14-CV-00186-LHK<br><br>CASE MANAGEMENT ORDER |

      An initial case management conference is scheduled for September 10, 2014, at 2 p.m.

      In light of the parties' joint case management statement, the Court proposes the following case schedule:

      The parties shall file cross-motions for summary judgment by January 16, 2015.

      The parties shall file oppositions by February 6, 2015.

      The parties shall file reply briefs by February 20, 2015.

      The Court will hear the cross-motions for summary judgment on March 19, 2015 at 1:30 p.m.

      By September 8, 2014, the parties shall file any objections to the proposed schedule and an explanation of why this case should proceed under Rule 52 or Rule 56. If the parties file no objections, the Court will vacate the September 10, 2014 case management conference.

**IT IS SO ORDERED.**

Dated:      September 4, 2014                   _Lucy H. Koh_____
                                                                    LUCY H. KOH
                                                                    United States District Judge