1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHN McCLAFFERTY, | ) | Case No.: 14-CV-00186-LHK |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE MANAGEMENT ORDER |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The case management conference scheduled for September 10, 2014 is continued to January 14, 2015, at 2 p.m.

As the parties did not object to the Court's proposed schedule, the Court sets the following case schedule:

The parties shall file cross-motions for judgment under Rule 52 by January 16, 2015.

The parties shall file oppositions by February 6, 2015.

The parties shall file reply briefs by February 20, 2015.

The Court will hear the cross-motions for summary judgment on March 19, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:          September 8, 2014                    _____

LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-00186-LHK
CASE MANAGEMENT ORDER