UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHN MCCLAFFERTY,<br><br>        Plaintiff,<br><br>    v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No.  14-cv-00186-LHK<br><br>**ORDER RE NOTICE OF SETTLEMENT AND CASE SCHEDULE** |

On January 9, 2015, the parties filed a Joint Case Management Statement and Notice of Settlement. ECF No. 19. The parties indicate they require 30 days to file a stipulation of dismissal and requested that the Court vacate all hearing dates and deadlines in this matter. The Court DENIES the parties' request to vacate all the hearing dates.

 The Court continues the January 14, 2015 case management conference to Wednesday, February 25, 2015 at 2 p.m. The Court amends the case schedule as follows:

   The parties shall file any cross-motions for judgment under Rule 52 by February 5, 2015.

   The parties shall file oppositions by February 19, 2015.

   The parties shall file reply briefs by March 5, 2015.

   The hearing remains as set on March 19, 2015 at 1:30 p.m.

1

Case No.: 14-cv-00186-LHK
ORDER RE NOTICE OF SETTLEMENT AND CASE SCHEDULE

**IT IS SO ORDERED**.

Dated: January 9, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge